ORIGINAL

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS



FILED
SEP 24 2018
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 4:18MJ379 (SEALED) |
| Stephen Chase Clark | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 30, 2018; August 27-28, 2018  in the county of  Collin  in the
Eastern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement of a minor |
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Jennifer Mullican, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/24/2018

*Judge's signature*

City and state: Plano, Texas         Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*