

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR 190 |
| | § | Judge Crone |
| STEPHEN CHASE CLARK | § | |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

#### Count One

Violation: 18 U.S.C. § 2422(b)
(Attempted Coercion and Enticement of a Minor)

Between on or about August 27, 2018, and on or about August 28, 2018, in the Eastern District of Texas, **Stephen Chase Clark**, defendant, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice, and coerce, and to knowingly attempt to persuade, induce, entice, and coerce, any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense.

In violation of 18 U.S.C. § 2422(b).

#### Count Two

Violation: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (Receipt of Child Pornography)

On or about April 30, 2018, in the Eastern District of Texas, **Stephen Chase Clark**, defendant, did knowingly receive any child pornography, as defined in Title 18,

United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, **Stephen Chase Clark**, using the Internet and a Samsung Galaxy S9+ cellular phone, received the following visual depictions:

| FILE NAME | DESCRIPTION |
|---|---|
| ddb8760e-7c7b-45f4-abb5-3.mp4 | This is the first part of a three-part video. The video depicts an adult male who carries a prepubescent male infant to a bed, lays the child down, and begins to penetrate the child's anus with his penis. |
| 794879db-db36-4fa1-8931-a.mp4 | This is the second part of a three-part video. This video depicts the adult male penetrating the anus of a prepubescent male infant with his penis while positioned over the child. The man then moves behind the child and continues penetrating his anus while holding his legs. |
| c1726ca6-5684-4a4a-9198-0.mp4 | This is the third part of a three-part video. In the last video, the adult male ejaculates on the prepubescent male infant, cleans the child, then allows the child to crawl away, exposing his anus and genitals to the camera. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

<u>**Count Three**</u>

                                                  Violation: 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography)

On or about August 28, 2018, in the Eastern District of Texas, **Stephen Chase Clark**, defendant, did knowingly possess material, namely, a Samsung Galaxy S9+ cellular phone, model number SM-G965U and bearing IMEI number 353322091333139, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Included among the images and videos that the defendant, **Stephen Chase Clark**, possessed were the following:

| FILE NAME | DESCRIPTION |
| --- | --- |
| 292a766c-2bb3-4e70-af9c-3.jpg | This image file depicts a nude, prepubescent male sitting in a chair covered with a white towel. A rope is tied around the child's waist, wrists, torso, and legs, binding him to the chair and spreading his legs open to display his genitals to the camera. |
| 3f91c59f-084c-4040-9a12-a.jpg | This image depicts a nude, prepubescent male reclining against a brown headboard on a bed. The child's legs are pulled up and apart to expose his genitals, which is the focus of the image. |
| 35e24be6-618f-4034-98e6-b.jpg | This image depicts a nude, prepubescent male laying on multicolored blankets. The child's legs are spread, exposing his genitals to the camera, which is the focus of the image. |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense alleged in this Indictment, the defendant, **Stephen Chase Clark**, shall forfeit to the United States his interest in the following property, including, but not limited to:

1. Samsung Galaxy S9+ cellular phone, model number SM-G965U and bearing IMEI number 353322091333139.

This property is forfeitable pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3), and 18 U.S.C. §§ 2428(a)(1) and 2428(b)(1)(A) based upon the property being:

(1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b), 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1), and 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2);

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3), 18 U.S.C. §§ 2428(a)(1), 2428(b)(1)(A), and 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
MARISA J. MILLER
Assistant United States Attorney

Date: 10-10-18

Indictment - Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:18CR |
| STEPHEN CHASE CLARK | § § | Judge |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 2422(b)

Penalty: Imprisonment for not less than ten years and not more than life; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

### Count Two

Violation: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)

Penalty: Imprisonment for not less than five years and not more than twenty years; but if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than fifteen years and not more than forty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

## Count Three

Violation: 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)

Penalty: Imprisonment for not more than ten years; but if any image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, such person shall be imprisoned for not more than twenty years; and, if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than ten years and not more than twenty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00